*Alphonse J. Balzano, Jr.*, in support of the petition.

Decided October 25, 2000

BEN GYADU *v.* D'ADDARIO INDUSTRIES,
INC., ET AL.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-
ILLE, Js., did not participate in the consideration or
decision of this petition.

*Ben Gyadu*, pro se, in support of the petition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* DAVID HILL

*Joseph Visone*, special public defender, in support of
the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney,
in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* TERRANCE NEWTON

*Mark Diamond,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* HASSAN EATON

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.,* special deputy assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* JOSEPH N. DWYER, SR.

*Aaron J. Romano,* special public defender, in support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in opposition.

Decided October 25, 2000